850 A.2d 629

**Charles F. McCREESH, Petitioner,**

v.

**CITY OF PHILADELPHIA, Respondent.**

Supreme Court of Pennsylvania.

June 2, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of June 2004, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether, in light of *Lamp v. Heyman,* 469 Pa. 465, 366 A.2d 882 (1976) and its progeny, a plaintiff should be permitted to have a writ of summons reissued when that writ was originally filed prior to the running of the statute of limitations but ineffectively served?